IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN C. GREEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

Civ. No. 6:13-cv-01262-MC

OPINION AND ORDER

**MCSHANE, Judge**:

Plaintiff Susan Green brings this action for judicial review of a final decision of the Commissioner of Social Security denying her application for social security disability benefits under Title II of the Social Security Act. This Court has jurisdiction under 42 U.S.C. §§ 405(g) and 1383(c)(3). Defendant filed this stipulated motion to remand, ECF No. 12, seeking to reverse the Commissioner's decision and remand for further proceedings. Def.'s Mot. Remand 1–2, ECF No. 12. Based upon the parties' stipulation, this Court GRANTS defendant's motion to remand, ECF 12. The Commissioner's final decision is REVERSED and this matter is REMANDED under sentence four[1] of 42 U.S.C. § 405(g) for further proceedings, including further development of the record, a new hearing, and a new decision.

---

[1] Sentence four provides:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

42 U.S.C. § 405(g).

1 – OPINION AND ORDER

Upon remand, the Administrative Law Judge (ALJ) shall: (1) re-evaluate the medical opinion evidence; (2) re-evaluate plaintiff's subjective complaints; (3) upon the expanded record, re-evaluate plaintiff's residual functional capacity; and (4) with the assistance of a vocational expert, determine whether plaintiff has acquired any transferable skills to other skilled or semi-skilled work existing in significant numbers in the national economy. Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings, as necessary.

IT IS SO ORDERED.

DATED this 11th day of June, 2014.

_____
**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER